# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA - Phoenix

**MAGISTRATE JUDGE'S MINUTES**

DATE: 6/22/01 - PM        CASE NUMBER: CR 01-00533-001-PHX-SRB

☒ FILED ☐ LODGED ☐ RECEIVED ☐ COPY

JUN 2 5 2001

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

USA vs. Mark Warren Sands

U.S. MAGISTRATE JUDGE: VIRGINIA A. MATHIS  #: 70BF

A.U.S. Attorney Joseph Welty & Tom Hannis     INTERPRETER _____
                                              LANGUAGE _____

Attorney for Defendant Deborah Euler-Ajayi, AFPD (AFPD Michael Gordon was also present)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA ___
☐ Initial Appearance    ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken ☐ No Financial Afdvt taken ☐ Financial Afdvt sealed
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☒ Held ☐ Con't ☐ Submitted ☐ Reset

Set for:
Before:

☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
  ☐ Flight risk ☐ Danger

**ARRAIGNMENT HEARING:**
☐ Held ☐ Con't ☐ Reset

Set for:
Before:

STATUS HEARING RE: Set for  before

Other: Matter taken under advisement. Written order to follow

RECORDED: Cass. M 01-79
BY: Lynne Scott
Deputy Clerk