CR 01-00533-001-PHX-SRB
USA vs. Mark Warren Sands

X FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 15 2002

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Phoenix                              **CRIMINAL MINUTES**

CR 01-00533-001-PHX-SRB                       Date: 2/11/02
CASE NUMBER

Hon. SUSAN R. BOLTON, United States District Judge        Judge #: 7026

USA v. Mark Warren Sands

DEFENDANT: ☒ Present ☐ Not Present ☐ Released ☒ Custody ☐ Writ

Deputy Clerk Maureen Williams          Crt Rptr: Kim R. Myrick
U.S. Atty: Joseph Welty and Michael Kemp  Intrptr: _____
Dft Atty: Deborah Euler-Ajayi, (Appointed)  ☒ Present

### JUDGMENT   [SENTENCE]

☐ Defendant is placed on probation for a period of _____
   on Cts(s) __  ☐ with supervision ☐ w/o supervision

☒ Committed to the custody of the Bureau of Prisons to be imprisoned for a period of 96 Months on Cts(s) 1, 4, 8, 11, 14, 17, 20 of the Indictment, said counts to run concurrently and for a period of 120 months on Count 1 of the Information, said count to run consecutively to Counts 1, 4, 8, 11, 14, 17 and 20 of the Indictment

☒ Supervised release term of 3 Years by law Ct(s) 1, 4, 8, 11, 14, 17, 20 of the Indictment and Count 1 of the Information, said count to run concurrently

☐ Fine of $0.00 on Ct(s) 1, 4, 8, 11, 14, 17, 20 of the Indictment and Count 1 of the Information
                                                          TOTAL FINE $0.00

☒ Restitution of $2,822,483.80 ordered pursuant to 1:3580

☒ Special Assessment of $900.00 pursuant to 18:3013 on Ct(s) 1, 4, 8, 11, 14, 17, 20 of the Indictment and Count 1 of the Information

☒ On Motion of U.S. Atty: Ct(s) all remaining counts of Indictment DISMISSED

☐ Order bond exonerated         ☐ Bond exonerated upon surrender to USM

☒ Dft advised of right to appeal  ☐ Appeal bond set at $_____

☐ Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☐ The Court adopts the Magistrate Judge's Findings and Recommendations filed in this matter and accepts the defendant's plea of guilty.

☒ Addt'l conditions probation/supervised release: (see Judgment)

☒ Other: For reasons as stated on the record, IT IS ORDERED denying Government's Motion for Upward Departure [Doc. 37-1]. The following persons address the Court: Michael Sillyman, Mario Lios, Melanie Lios, Peggy Sands, Vicky Dewirth, James Graves and John Coffey.